Nos. 1,645 AND 1,646.—STATE EX REL. BOSTON & MONTANA CONSOL. C. & S. MINING CO., RELATOR, v. DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT, DEFENDANT.

Alternative writ of mandate issued January 24, 1901. Motion to tax costs submitted February 15, 1901. Decided February 16, 1901.

PER CURIAM.—It appearing from the original and supplemental answers made to the alternative writs of mandate heretofore issued herein that the defendant has fully complied with the requirements of said writs in both hearing and determining the matters which it was sought by said writs to have heard and determined, but that no sufficient or any excuse is furnished why said matters were not heard and determined before the said writs were applied for and issued; it is ordered that the writs be discharged at the cost of the defendant.

*Messrs. Forbis & Evans,* for Relator. *Mr. J. M. Denny,* for Defendant.

---

No. 1,263.—KLEINSCHMIDT & BROTHERS, CONSOLIDATED, RESPONDENT, v. LONGMAID, APPELLANT.

*Appeal from District Court, Lewis and Clarke County.*

Motion to dismiss appeal. Decided February 25, 1901.

PER CURIAM.—This appeal is dismissed on motion of the appellant.

*Messrs. McConnell & McConnell,* for Appellant.